UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 24-03863-SPG-MAA | Date: | September 16, 2025 |
|---|---|---|---|

| Title: | Milagros Del Ros Delgado Leon v. Volkswagen Group of America Inc. et al |
|---|---|

Present: The Honorable     **SHERILYN PEACE GARNETT, United States District Judge**

| Patricia Gomez | Not Applicable |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):

**Proceedings:**          (IN CHAMBERS) ORDER

    In light, of the parties' failure to propose modified dates for the deadlines set forth in the Court's Civil Pretrial Schedule and Trial Order (ECF No. 16), the Court hereby vacates all pending dates and orders the parties to show cause why this action should not be dismissed for failure to prosecute.