UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-03863-SPG-MAA | Date | April 9, 2026 |
| Title | Milagros Del Ros Delgado Leon v. Volkswagen Group of America Inc. et al. | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT |
| | UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:**    **(IN CHAMBERS) ORDER OF DISMISSAL**

Defendant Volkswagen Group of America Inc. has filed a document entitled Joint Stipulation of Dismissal. *See* (ECF No. 45). The parties' joint agreement to dismiss the case with prejudice is sufficient under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to close the case. (JS-6). Accordingly, the Court STRIKES the proposed order as moot. *See* (ECF No. 45-1). All pending dates are vacated and taken off calendar.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   pg